IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIE ROBINSON et al.,**

    **Plaintiffs,**

v.

**BNSF RAILWAY COMPANY,**

    **Defendant.**               Case No. 10-cv-1046-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind BNSF Railway Company of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant BNSF Railway Company to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

Signed this 1st day of February, 2011.

                                      David R. Herndon
                                      2011.02.01
                                      16:41:28 -06'00'

                                  **Chief Judge**
                                  **United States District Court**