UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

WILLIE ROBINSON, FLAZELL REDFIELD,
RICHARD ROSS, TOMMY TURNER
and WILLIE BROOKS,

    Plaintiffs,

v.

**BNSF RAILWAY COMPANY,** *Individually
and as Successor-in-Interest to the Burlington
Northern and Santa Fe Railway Company,
Atchison Topeka and Santa Fe Railway
Company, Chicago, Burlington and Quincy
Railroad Company, Burlington Northern
Inc., & Burlington Northern Railroad Co.*

    **Defendant.**     No. 10-cv-1046-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered on September 5, 2012 (Doc. 30) and on January 31, 2013 (Doc. 36), this case is **DISMISSED** with prejudice.

    NANCY J. ROSENSTENGEL,
    CLERK OF COURT

    BY:    */s/Sara Jennings*
        **Deputy Clerk**

Dated:  February 1, 2013

Digitally signed by David R. Herndon
Date: 2013.02.01 09:04:08 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT